UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CAUSE NO. 1:05-CV-0651 SEB-VSS<br>) |
| WORLDWIDE COMMUNICATION GROUP, INC., and LOUIS C. SIMPSON, | )<br>)<br>) |
| Defendants. | ) |

**AGREED ORDER AWARDING PREJUDGMENT POSSESSION OF LEASED PREMISES TO PLAINTIFF**

Plaintiff Teachers Insurance and Annuity Association of America ("Teachers") and defendants Worldwide Communication Group, Inc. ("Worldwide") and Louis C. Simpson ("Simpson") stipulate and agree to the following:

1. Teachers is the Landlord and Worldwide is the tenant for certain property located at 8888 Keystone Crossing, Suite 1440, Indianapolis, Indiana 46240 (the "Leased Premises"), pursuant to a Lease Agreement dated February 10, 2004 (the "Lease"). A true and correct copy of the Lease is attached to Teachers' Complaint as Exhibit 1.

2. Simpson is an officer of Worldwide.

3. Worldwide is in default under the Lease.

4. Teachers gave Worldwide notice of its default and an opportunity to cure the default, and instructed Worldwide to quit the premises and surrender possession of the Leased Premises if it failed to cure the default.

Dockets.Justia.com

5.  Worldwide has retained possession of the Leased Premises despite its default and despite its failure to cure its default or quit the premises as requested by Teachers.

6.  Teachers is entitled to recover possession of the Leased Premises as a result of Worldwide's default.

7.  Teachers is entitled to prejudgment possession of the Leased Premises pursuant to Indiana Code § 32-30-3 *et seq.*

8.  Worldwide cannot show cause why an order of prejudgment possession in favor of Teachers should not be issued.

9.  Worldwide shall vacate the Leased Premises and surrender prejudgment possession to Teachers no later than May **31st**, 2005.

AGREED TO:

_____      _____
Jeffrey M. Hester                                         Louis Simpson
429 North Pennsylvania Street
Suite 400
Indianapolis, Indiana 46204

Attorney for Defendants
Worldwide Communication Group, Inc.
and Louis C. Simpson

_____
Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Attorney for Plaintiff
Teachers Insurance and Annuity Association
of America

2

Having considered the matter and being duly advised, the Court now enters this Agreed Order and ORDERS that Worldwide vacate and surrender possession of the Leased Premises to Teachers no later than the ___31st___ day of May, 2005.

IT IS SO ORDERED.

 

                                                           _____
Judge
United States District Court
Southern District of Indiana

Distribution to:

Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Jeffrey M. Hester
429 North Pennsylvania Street
Suite 400
Indianapolis, Indiana 46204

INDS02 BAK 726614v1

3