UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>WORLDWIDE COMMUNICATION GROUP, INC., and LOUIS C. SIMPSON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   CAUSE NO. 1:05-CV-0651<br>)              SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER AND JUDGMENT ON CONTRACT CLAIMS AGAINST WORLDWIDE COMMUNICATION GROUP, INC.**

Plaintiff Teachers Insurance and Annuity Association of America ("Teachers") and Defendant Worldwide Communication Group, Inc. ("Worldwide"), by counsel, stipulate and agree to the following, and stipulate and agree that judgment on Teachers' Contract claim against Worldwide in Counts I-II, in favor of Teachers and against Worldwide, be entered based on the following and as set out below:

1. Teachers is the landlord and Worldwide was the tenant for certain premises located at 8888 Keystone Crossing, Suite 1440, Indianapolis, Indiana 46240 (the "Leased Premises") pursuant to a Lease Agreement dated February 10, 2004 (the "Lease").

2. The Lease is supported by consideration and is a legally enforceable contract, and all conditions precedent to Teachers enforcing the Lease have occurred, taken place, have been waived, or been performed. The Lease commenced effective March 1, 2004 with a target expiration date of February 28, 2007.

3. Under the Lease, Worldwide is required to pay Teachers Base Rent and Annual Rental Adjustment payments on a monthly basis. The Lease also provides that interest at a rate of 21% per annum accumulates on payments more than 30 days past due, and overdue payments are subject to a delinquency charge equal to 1½ % of the unpaid charges due multiplied by the number of months or fractions thereof during which some amount remains overdue. The Lease also provides that Worldwide must pay Teachers its attorney fees and costs incurred in collecting the unpaid amounts due under the Lease and enforcing the Lease.

4. The total of past due payments, interest, and delinquent charges, and attorney's fees and costs due under the Lease is not less than $177,556.24.

5. Worldwide has materially breached the Lease.

6. As a proximate result of Worldwide's breach, Teachers has incurred damages, attorney fees, and costs of not less than $177,556.24.

7. Judgment shall be entered in favor of Teachers and against Worldwide for $177,556.24 on Count I of Teachers' Complaint. Post judgment interest shall continue to accumulate on the judgment amount at 8% per annum. Teachers shall be entitled to collect its attorney fees and costs incurred in enforcing such judgment and collecting the judgment amount, and upon submission of proof of additional attorney fees and costs incurred in enforcement and/or collection of the judgment amount, the additional attorney fees will be added to and made a part of the judgment awarded.

8. Judgment shall be entered in favor of Teachers and against Worldwide on Count II of Teachers' Complaint. Worldwide has vacated and surrendered possession of the Leased

Premises to Teachers or its duly authorized agent. The Lease is terminated and Worldwide has no further right, and Teachers shall have no further obligation, under the Lease.

9. The parties agree that although this Agreed Order and Judgment does not resolve all claims among the parties that it shall be final pursuant to 54(b), and there is no just reason for not entering final judgment as to Teachers' contract claims against Worldwide at this time.

10. Teachers' bad check claim against Louis Simpson has been stayed due to his bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Indiana, Case No. 05-02-8875-AJM-7. Per the Court's Entry of December 8, 2005, Teachers' remaining bad check claim against Worldwide is not stayed. However, Teachers and Worldwide now agree that the bad check claim against Worldwide should also be stayed, and that this case be administratively closed.

11. Teachers has the right to reopen this case and pursue its bad check claim against Worldwide and collection of this Agreed Judgment at any time. Pursuant to the Court's Entry of December 8, 2005, Teachers has the right to reopen this case and pursue its bad check claim against Louis Simpson in the event:

(a) the Bankruptcy Court enters an order lifting the automatic stay of the bad check claim against Louis Simpson;

(b) Louis Simpson's bankruptcy case is dismissed; or

(c) judgment is entered in any non-dischargability action filed by Teachers in Louis Simpson's bankruptcy case.

12. Worldwide waives any right to appeal this Agreed Order and Judgment.

AGREED TO BY:

*S/Jeffrey Hester*_____
Jeffrey Hester
William S. Tucker & Associates, LLC
429 North Pennsylvania Street, Suite 400

Attorney for Defendants
Louis Simpson and
World Wide Communication Group, Inc.

*e-signature affixed with consent by Local Rule 5.11*


*S/Bart A. Karwath*_____
Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Attorney for Plaintiff
Teachers Insurance and Annuity Association of America


**ENTRY OF JUDGMENT**

Having considered the matter, and being duly advised, the Court now APPROVES and ENTERS this Agreed Order and Judgment and ENTERS Judgment in favor of Teachers and against Worldwide as follows:

     A.    Judgment is entered in favor of Teachers and against Worldwide on Count I of Teachers' Complaint, and damages and attorney fees and costs are awarded in favor of Teachers

and against Worldwide in the amount of $177,556.24.  Post judgment interest will accrue at the rate of 8% per annum.  Teachers is entitled to recover its attorney fees and costs incurred in enforcing and/or collecting this judgment and the judgment amount.  Upon Teachers submitting proof of additional fees and costs incurred and enforcing and/or collecting the judgment and the judgment amount, the Court will add such amount to the judgment awarded.

      B.      Judgment is entered in favor of Teachers and against Worldwide on Count II of Teachers' Complaint.  Worldwide has previously vacated and surrendered possession of the Leased Premises to Teachers.

      C.      This Agreed Judgment does not resolve all of the claims between the parties.  However, pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay entry of final judgment on Teachers' contract claims against Worldwide, and this Agreed Order and Judgment, is hereby expressly directed to be made final.

      D.      Teachers' bad check claims against Simpson have been stayed as a result of Louis Simpson's bankruptcy proceeding which is pending in the United States Bankruptcy Court for the Southern District of Indiana, Case No. 05-02-8875-AJM-7.  Pursuant to this Agreement Order and Judgment, Teachers bad check claim against Worldwide is also stayed, and this case shall be administratively closed.  Teachers has the right to reopen this case to pursue collection of the judgment and/or pursue its bad check claim against Worldwide at any time.  Teachers may reopen this case and pursue its bad check claim against Louis Simpson in the event:

      (1)      the Bankruptcy Court enters and order lifting the automatic stay of the bad check claim against Louis Simpson;

      (2)      Louis Simpson's bankruptcy case is dismissed; or

5

  (3)  judgment is entered in any non-dischargeability action filed by Teachers in Louis Simpson's bankruptcy case.

  IT IS SO ORDERED  01/04/2006

                  _____
                  SARAH EVANS BARKER, JUDGE
                  United States District Court
                  Southern District of Indiana

Distribution attached

Distribution to:

Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Jeffrey Hester
William S. Tucker & Associates, LLC
429 North Pennsylvania Street, Suite 400
Indianapolis, Indiana 46204-1816

INDS02 BAK 776831v1